The judgment is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## LLOYD v. STATE.
### No. 15707.

Court of Criminal Appeals of Texas.

Nov. 9, 1932.

H. L. Tooker, of Stanton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for receiving and concealing stolen property; punishment being assessed at two years' confinement in the penitentiary.

The indictment properly charges the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## CAMPBELL v. STATE.
### No. 15639.

Court of Criminal Appeals of Texas.

Oct. 19, 1932.

Rehearing Denied Nov. 23, 1932.

A. C. Chrisman, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense, possessing equipment for the manufacture of intoxicating liquor; the punishment, three years in the penitentiary.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.